# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1760

_____

MINGLI LI,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Board of Massage Therapy.
Christopher Brooks, Chair.

September 28, 2022

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas D. Sommerville, Orlando, for Appellant.

John Wilson, General Counsel, Sarah Young Hodges, Chief Appellate Counsel, and Zachary T. Bell, Assistant General Counsel, Department of Health, Tallahassee, for Appellee.